# PERINI & HOERGER
ATTORNEYS AT LAW
1770 MOTOR PARKWAY
SUITE 300
ISLANDIA, NEW YORK 11749

RAYMOND G. PERINI　　　　　　　　　　　　　　　　　　　　　　　　　(631) 232-2224
MAUREEN S. HOERGER　　　　　　　　　　　　　　　　　　　　　　　　FAX (631) 232-2344

Hon. Joanna Seybert　　　　　　　　　March 10, 2020
United States District Court
Eastern District of New York
Federal Courthouse
Federal Plaza
Central Islip, NY 11722

Dear Judge Seybert,　　　　　　　re: **United States v. Romandetti et al.**
　　　　　　　　　　　　　　　　　　　　　18-614

I on behalf of myself and Mr. Scheller to request an adjournment of Mssrs. Romandetti and Sarro's status conference on Friday, March 13 at 2:00 PM to May 29th at 11:30 am.

Mr. Romandetti's attorney is actively negotiating a settlement of the companion civil SEC case and I am preparing for a meeting with Mr. Rose to discuss some of the particulars of the allegations against Mr. Sarro, however, due to the fact hat I had pneumonia this winter, I am behind on my preparations.

I have communicated with AUSA Rose and Mr. Scheller, and they are in agreement with the request.

The defendants waive their speedy trial rights from March 13 through the adjourned date to give them more time to review discovery and engage in plea negotiations.

Thank you for your consideration of this application.

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　PERINI & HOERGER

　　　　　　　　　　　　　　　　　　MAUREEN S. HOERGER

Cc: AUSA Rose
And Fritz Scheller, Esq.  by ecf