**CRIMINAL CAUSE FOR STATUS CONFERENCE**

BEFORE: SEYBERT,J.   DATE: 5/29/2020   TIME: 11:30

DOCKET NUMBER: CR 18-614   TITLE: USA-V-

DEFT NAME: CHRISTIAN ROMANDETTI   DEFT: #1
  __X__ PRESENT   ___ NOT PRESENT   ___ IN CUSTODY   __X__ ON BAIL

  ATTY. FOR DEFT.: FRITZ SCHELLER   ___ C.J.A.
    __X__ PRESENT   ___ NOT PRESENT   __X__ RET
              ___ FED. DEF. OF NY, INC.

DEFT NAME: FRANK SARRO   DEFT: #2
  __X__ PRESENT   ___ NOT PRESENT   ___ IN CUSTODY   __X__ ON BAIL

  ATTY. FOR DEFT.: MAUREEN HOERGER   __X__ C.J.A.
    __X__ PRESENT   ___ NOT PRESENT   ___ RET
              ___ FED. DEF. OF NY, INC.

A.U.S.A. CHARLES ROSE   DEPUTY CLERK: CHARLES BARAN

COURT REPORTER:   ___ P. AUERBACH   ___ M. FOLEY   ___ F. GUERINO
  ___ P. LOMBARDI   ___ M. STEIGER   ___ D. TURSI   __X__ O. WICKER

__X__ CASE CALLED. ALL COUNSEL PRESENT. PHONE CONFERENCE HELD.

__X__ CASE ADJOURNED TO 8/20/2020 AT 11:30AM FOR STATUS OR PLEA.

___ MOTION CONFERENCE HELD ON _____ 'S MOTION TO _____

  ___ ARGUMENT HEARD   ___ MOTION GRANTED.
  ___ MOTION DENIED.   ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

___ SPEEDY TRIAL INFORMATION:
  CODE TYPE: X-   START DATE: 5/29/2020   XSTRT
          STOP DATE:  8/20/2020   XSTOP

___ DEFT. CONTINUED IN CUSTODY.

__X__ DEFTS. CONTINUED ON BAIL.

___ JURY SELECTION & TRIAL SCHEDULED FOR _____

___ MOTIONS TO BE MADE BY _____

\_\_\_ **RESPONSE BY GOVERNMENT BY** _____

\_\_\_ **REPLY IF ANY BY** _____

**X** **OTHER: SPEEDY TRIAL TIME EXCLUDED DUE TO PLEA NEGOTIATIONS.**