# PERINI & HOERGER

**ATTORNEYS AT LAW**
**1770 MOTOR PARKWAY**
**SUITE 300**

**RAYMOND G. PERINI**                    **ISLANDIA, NEW YORK 11749**                    **(631)232-2224**
**MAUREEN S. HOERGER**                                                                      **FAX  (631)232-2344**

**MICHAEL CASTRONOVO**
**OF COUNSEL**

December 3, 2020

Honorable Joanna Seybert
United States District Court
Eastern District of New York
Federal Court House
Federal Plaza
Central lslip, New York 11720

       **Re:   United States v. Sarro and Romandetti**
              **18 CR 614**

Dear Judge Seybert,

On behalf of Mr. Sarro and Mr. Romandetti and with the consent of all parties, I request an adjournment of the status conference originally scheduled for later this month to a date after January 18, 2021 for the reasons made known to the Court in a separate communication.

Thank you for your attention to this matter.

Sincerely,

PERINI & HOERGER

MAUREEN S. HOERGER

MSH/dd

cc AUSA Rose, Fritz Scheller by ecf