**PERINI & HOERGER**
ATTORNEYS AT LAW
1770 MOTOR PARKWAY
SUITE 300
ISLANDIA, NEW YORK 11749

RAYMOND G. PERINI  (631)232-2224
MAUREEN S. HOERGER  FAX (631)232-2344

Hon. Joanna Seybert                                  March 14, 2022
United States District Court
Eastern District of New York
Central Islip, NY 11772

Dear Judge Seybert,               re: **United States v. Romandetti and Sarro**
                                                        18-cr-614

I write on behalf of the parties to request an adjournment of tomorrow's status conference until 4**/27/2022 at 10:30 AM**. The purpose is to complete plea negotiations and determine the health status of Mr. Sarro.

The defendants waive speedy trial time until the adjourned date.
Thank you for your consideration.

                                                        Sincerely,
                                                        PERINI & HOERGER


                                                        MAUREEN HOERGER

CC. BY ECF AUSA Charles Rose
        Fritz Scheller