

# PERINI & HOERGER
### ATTORNEYS AT LAW
### 1770 MOTOR PARKWAY
### SUITE 300
### ISLANDIA, NEW YORK 11749

RAYMOND G. PERINI  
MAUREEN S. HOERGER

(631)232-2224  
FAX (631)232-2344

November 7, 2022

FILED  
IN CLERK'S OFFICE  
U.S. DISTRICT COURT E.D.N.Y.  
★ NOV 08 2022 ★  
LONG ISLAND OFFICE

Hon. Joanna Seybert  
United States District Court  
Eastern District of New York  
Federal Plaza  
Central Islip, New York 11722

**RE: United States v. Sarro**  
**18-cr-614**

Dear Judge Seybert,

I write to formally notify the court that Mr. Sarro passed away on October 18, 2022 as a result of lung cancer.
I have attached a copy of the death certificate. I understand that Mr. Rose will be making a motion to dismiss the indictment against Mr. Sarro.

Sincerely,

PERINI & HOERGER

MAUREEN S. HOERGER

Cc: AUSA ROSE by ecf  
   US PROBATION BY EMAIL

SO ORDERED:  
/s/ Joanna Seybert  
Joanna Seybert, USDJ  
Dated: 11-8-22  
Central Islip, NY